IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| Matthew L. Archer, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:20-cv-449-slc |
| | ) | |
| Wisconsin Central Ltd., a Delaware | ) | **ORDER ADOPTING** |
| corporation, d/b/a Canadian National | ) | **DEFENDANT WISCONSIN** |
| Railway Company, a foreign | ) | **CENTRAL LTD.'S ADMISSION** |
| corporation, | ) | **OF LIABILITY** |
| | ) | |
| Defendant. | ) | |

Based on the Defendant Wisconsin Central Ltd.'s Admission of Liability, filed June 9, 2020 [Doc. 6], the Court hereby adopts ORDERS that:

1) Defendant Wisconsin Central Ltd., *incorrectly sued as Wisconsin Central Ltd. d/b/a Canadian National Railway Company*, has admitted liability for the June 16, 2018 rear-end train collision at issue in this case.

2) Defendant contests the nature and extent of the injuries and damages Plaintiff alleges he sustained as a result of the June 16, 2018 rear-end train collision and these issues remain for a jury trial.

Dated: 6-26-20

_____
United States ~~District Court~~ Judge
MAGISTRATE